William F. Kunofsky
SBN 00790162
Law Office of William F. Kunofsky
10300 N. Central Expwy. #252
Dallas, TX 75231
Phone: (214) 369-1040
Fax: (214) 696-1065
Attorney for Debtor (s)



ENTERED
SEP 3 0 2002
TAWANA C. MARSHALL, CLERK
By_____ Deputy

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

IN RE: §
§
Serdy, Joseph § No. 02-35004-HCA-7
§ Chapter 7
§
**DEBTOR(S)**

## ORDER DISMISSING BANKRUPTCY CASE WITHOUT PREJUDICE

**CAME ON TO BE HEARD,** Mr. Joseph Serdy, Debtor(s), Voluntary Motion to Dismiss Bankruptcy Case Under 7 Without Prejudice. The Court is of the opinion that the case should be dismissed without prejudice.

**IT IS THEREFORE ORDERED, DECREED, ADJUDGED and DECREED** that the case is **dismissed without prejudice.**

Signed this _____ day of ____SEP 2 7 2002____ 2002.

_____
United States Bankruptcy Judge