BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Joseph Serdy § Case No.: 3–02–35004–hca
 § Chapter No.: 7
Debtor(s) §

# ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.

DATED: 6/3/03

FOR THE COURT:
Tawana C. Marshall, Clerk of Court

by: /s/M. Mathews, Deputy Clerk